IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, | : | CASE NO. 1:22-cv-00259-CAB |
| | : | (Judge Christopher A. Boyko) |
| Plaintiff and Counterclaim-Defendant, | : | |
| | | **JOINT STIPULATION** |
| v. | : | **OF DISMISSAL** |
| | | **WITH PREJUDICE** |
| AM INDUSTRIAL GROUP, LLC, | : | |
| Defendant and Counterclaim-Plaintiff, | : | |
| | : | |
| and | | |
| | : | |
| CUSTOM PERFORMANCE ENGINEERING, INC., | : | |
| Defendant, | : | |
| v. | : | |
| MICHAEL A. SANTOLI INSURANCE AGENCY, LLC, | : | |
| | : | |
| Counterclaim-Defendant, | : | |
| and | | |
| | : | |
| REMINGER CO., L.P.A., | | |
| | : | |
| Counterclaim-Defendant, | : | |
| and | | |
| | : | |
| JOHN PATRICK, ESQ., | | |
| | : | |
| Counterclaim-Defendant. | | |
| | : | |

_____

Pursuant to Fed. R. Civ. P. 41(a)(1), Liberty Mutual Insurance Corporation, AM Industrial Group, LLC, Custom Performance Engineering, Inc., Michael A. Santoli Insurance Agency, LLC, Reminger Co., L.P.A., and John Patrick, Esq. (collectively, "parties") jointly stipulate to the voluntary dismissal of this action with prejudice. The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ William M. Harter
(per email authorization 3/23/23)
William M. Harter, Esq. (0072874)
FROST BROWN TODD LLC
10 West Broad Street
Suite 2300
Columbus, OH  43215
wharter@fbtlaw.com

Counsel for Plaintiff and Counterclaim-Defendant Liberty Surplus Insurance Corporation


/s/ Kristin L. Wedell
(per email authorization 3/23/23)
Kristin L. Wedell, Esq. (0072500)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio  44114
kwedell@dmclaw.com

Counsel for Defendant
Custom Performance Engineering, Inc.


/s/ Theresa A. Richthammer
(per email authorization 3/23/23)
Theresa A. Richthammer (0068778)
Grace M. Karam (0101005)
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH  44114
trichthammer@gallaghersharp.com
gkaram@gallaghersharp.com

Counsel for Counterclaim-Defendant
Michael A. Santoli Insurance Agency, LLC

/s/ Brian D. Wright
Brian D. Wright (0075359)
   Trial Attorney
Melissa L. Watt (0092305)
FARUKI PLL
201 East Fifth Street
Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0314
Fax:  (513) 632-0319
Email:  bwright@ficlaw.com
            mwatt@ficlaw.com

Counsel for Defendant and Counterclaim-Plaintiff AM Industrial Group, LLC


/s/ Ryan K. Rubin
(per email authorization 3/23/23)
Ryan K. Rubin, Esq. (0077367)
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 East 9th Street, Suite 2250
Cleveland, OH  44114
ryan.rubin@lewisbrisbois.com

Counsel for Counterclaim-Defendants
Reminger Co., L.P.A. and John Patrick, Esq.

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2023, I electronically filed the foregoing Joint Stipulation of Dismissal With Prejudice with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

William M. Harter, Esq.
Caitlin E. Vetter, Esq.
FROST BROWN TODD LLC
10 West Broad Street
Suite 2300
Columbus, OH  43215
wharter@fbtlaw.com
cvetter@fbtlaw.com

Counsel for Plaintiff
Liberty Surplus Insurance Corporation


Kristin L. Wedell, Esq.
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio  44114
kwedell@dmclaw.com

Counsel for Defendant
Custom Performance Engineering, Inc.


Theresa A. Richthammer, Esq.
Grace M. Karam, Esq.
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH  44114
trichthammer@gallaghersharp.com
gkaram@gallaghersharp.com

Counsel for Counterclaim-Defendant
Michael A. Santoli Insurance Agency, LLC

Clifford C. Masch, Esq.
REMINGER CO., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, OH 44115
cmasch@reminger.com

Thomas P. Mannion, Esq.
Ryan K. Rubin, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
1375 East 9th Street, Suite 2250
Cleveland, OH 44114
tom.mannion@lewisbrisbois.com
ryan.rubin@lewisbrisbois.com

Counsel for Counterclaim-Defendants
Reminger Co., L.P.A. and John Patrick, Esq.

                                                  /s/ Brian D. Wright
                                                  Brian D. Wright

4876-1822-0631.2